COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Devin Paul Cole

Appellate case number:    01-20-00681-CR

Trial court case number:  1666250

Trial court:             184th District Court of Harris County

Relator, Devin Paul Cole, filed an "Interest of Justice Motion for Expansion of the Appellate Record, Order to Produce and Forward Clerk Marilyn Burgess Entire Trial Court Record, Video and Transcribed  PR Bond–Habeas Hearing (Video and Transcription) And All Body Worn Camera Footage (BWC) Including Transcription of the Audio Portion Electronically Available from the Court[']s Website Via E[-]Mail and the Harris County District Attorney's Office Website Via E[-]Mail."

Relator's motion is **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually

Date: <u>April 6, 2021</u>